UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FANG-YUH HSIEH,

         Plaintiff,

   v.

DOUGLAS A. COLLINS,

         Defendant.

Case No. 25-cv-05673-SK

**ORDER GRANTING ADMINISTRATIVE MOTION AND REFERRING CASE FOR SETTLEMENT CONFERENCE**

Regarding Docket No. 30

The Court HEREBY GRANTS Defendant's administrative motion to file its answer late. Defendant shall file the answer by no later than May 7, 2026. However, Defendant is admonished that the Court will not lightly grant requests for extensions in the future.

The Court FURTHER ORDERS that, pursuant to Civil Local Rule 72-1, this matter is REFERRED to a randomly-assigned magistrate judge to conduct a settlement conference. The settlement conference shall be conducted by August 31, if possible.

**IT IS SO ORDERED**.

Dated: May 4, 2026

SALLIE KIM
United States Magistrate Judge