**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FANG-YUH HSIEH,<br><br>       Plaintiff,<br><br>   v.<br><br>DOUGLAS A. COLLINS,<br><br>       Defendant. | Case No.: 3:25-cv-05673-SK<br><br>**ORDER REFERRING PLAINTIFF TO FEDERAL PRO BONO PROJECT FOR ELIGIBILITY ASSESSMENT** |

An initial case management conference in this matter took place on May 4, 2026. The Court indicated at the conference that this referral would be forthcoming, and Plaintiff is hereby ordered to contact the Federal Pro Bono Project to schedule an appointment for assessment of eligibility for appointment of pro bono counsel.

Plaintiff shall contact the Federal Pro Bono Project by email (fedpro@sfbar.org) or phone (415-782-8982) to request the assessment in accordance with this Order.

Plaintiff is advised that this referral is for eligibility assessment only, and it does not guarantee that counsel will be appointed.

**IT IS SO ORDERED.**

DATED: May 5, 2026

_____
SALLIE KIM
United States Magistrate Judge